RECEIVED

DEC 1 3 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL J. DURALL<br>LA. DOC #129802<br>VS. | CIVIL ACTION NO. 6:11-cv-0473<br><br>SECTION P<br><br>JUDGE DOHERTY |
| LAFAYETTE POLICE DEPT., ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this action be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this ___13___ day of ___December___, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE